**FISHER | TAUBENFELD** LLP
225 Broadway, Suite 1700
New York, New York 10007
Main 212.571.0700
Fax 212.505.2001
www.fishertaubenfeld.com

Writer's email: liane@fishertaubenfeld.com
Writer's direct dial: (212) 384-0262

February 29, 2024

**VIA ECF**
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

      Re: **Beniquez v New York State Unified Court System, et. al.**
      **23-cv-07735 (DLC)**

Dear Judge Cote:

    This firm represents Plaintiff Elizabeth Beniquez in the above-referenced matter. We write with consent of all counsel to request that the in-person conference scheduled for March 6, 2024 be adjourned. The parties have scheduled a mediation for March 27, 2024, after which the parties will provide a status update to the Court regarding whether a settlement agreement has been reached.

    If the conference is not adjourned, Plaintiff's counsel requests that it be converted to a virtual conference. All parties have consented to this conversion. I am scheduled to be in an all-day virtual mediation in another matter that day. I could leave the mediation to participate in a remote conference at the scheduled time (2:30 p.m.), but it would be difficult for me to attend the conference in person. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Liane Fisher, Esq.

*[Handwritten note: The conference is scheduled for April 5 at 4:00 p.m.*
*Denise Cote*
*2/29/24]*

CC: Lisa M. Evans; Michael DiBenedetto; John Esposito