**FISHER | TAUBENFELD** LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: liane@fishertaubenfeld.com
Writer's direct dial: (212) 384-0262

March 29, 2024

**VIA ECF**
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

 **Re: Beniquez v New York State Unified Court System, et. al.**
 **23-cv-07735 (DLC)**

Dear Judge Cote:

 This firm represents Plaintiff Elizabeth Beniquez in the above-referenced matter. We write with consent of all counsel to request that the in-person conference scheduled for April 5, 2024 be adjourned. The reason for this request is that mediation has been rescheduled for April 22, 2024 due to an unavoidable doctor's appointment of mine that conflicted with the prior mediation date. The Court approved our one prior request to adjourn the conference. We thank the Court for its consideration of this request.

 Respectfully submitted,

 */s/ Liane Fisher, Esq.*

CC: Lisa M. Evans; Michael DiBenedetto; John Esposito

*The conference is adjourned to 4/30/24 at 10ºº a.m. There shall be no further adjournment.*

*Denise Cote*
*4/1/24*

1