UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ELIZABETH BENIQUEZ,

                                Plaintiff,

                -against-

NEW YORK STATE UNIFIED COURT SYSTEM and
GERALD FILOMIO,

                                Defendants.
-----------------------------------------------------------------x

**STIPULATION OF VOLUNTARY PARTIAL DISMISSAL WITH PREJUDICE**

23-CV-07735 (DLC)

**WHEREAS,** plaintiff commenced the above-captioned action on August 30, 2023; and,

**WHEREAS,** plaintiff filed an amended complaint on May 3, 2024; and,

**WHEREAS,** plaintiff's operative pleadings allege, among other things, retaliation under Title VII of the Civil Rights Act, under the New York State Human Rights Law, and under the New York City Human Rights Law; and,

**WHEREAS,** plaintiff does not wish to pursue any of her retaliation claims any further; and,

**WHEREAS,** no party to this proceeding is an infant or incompetent for whom a committee has been appointed; and,

**WHEREAS,** there is no person not a party to this proceeding who has any interest in the retaliation claims of this proceeding;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as represented below, that, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the parties consent to amend plaintiff's Amended Complaint at Docket No. 21 for plaintiff to withdraw, discontinue and dismiss, with prejudice, and without costs, expenses, or fees, against any party, plaintiff's Fourth, Fifth, and Sixth Causes of Action; and,

IT IS FURTHER HEREBY STIPULATED AND AGREED, that defendant New York State Unified Court System's ("UCS") and defendant Gerald Filomio's respective answers to plaintiff's Amended Complaint at Docket Nos. 28 and 26 respectively, will constitute each defendant's operative response to plaintiff's newly amended complaint.

Dated: New York, New York
October 7, 2024

FISHER TAUBENFELD LLP

By: _____
Liane Fisher
*Attorney for Plaintiff*
Fisher Taubenfeld LLP
225 Broadway, Suite 1700
New York, NY 10007
(212) 571-0700
liane@fishertaubenfeld.com

OFFICE OF COURT ADMINISTRATION

By: _____
Daniel M. Braun
DAVID NOCENTI
*Attorney for Defendant UCS*
25 Beaver Street, 10th Floor
New York, NY 10004
(212) 428-2605
dmbraun@nycourts.gov

AIDALA BERTUNA & KAMINS PC

By: _____
John Esposito
*Attorney for Defendant Filomio*
Aidala Bertuna & Kamins PC
546 5th Avenue, 6th Floor
New York, NY 10036
(212) 486-0011
esoposito@aidalaw.com

SO ORDERED:

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

Dated: October 17, 2024

Cc: <u>VIA ECF</u>
All Counsel of Record