```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    23cv7735(DLC)
ELIZABETH BENIQUEZ,                      :
                                         :         ORDER
                              Plaintiff, :
              -v-                        :
                                         :
NEW YORK STATE UNIFIED COURT SYSTEM      :
and GERALD FILOMIO,                      :
                                         :
                             Defendants. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of March 18, 2025 granted defendant New York State Unified Court System's motion for summary judgment. It granted in part defendant Gerald Filomio's motion for summary judgment. Accordingly, it is hereby

ORDERED that the parties shall by **March 21, 2025** contact the chambers of Magistrate Judge Gary Stein to schedule settlement discussions under his supervision to occur in **April 2025**.

IT IS FURTHER ORDERED that a Joint Pretrial Order must be filed by **June 6, 2025**. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge, and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does

not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

IT IS FURTHER ORDERED that trial is scheduled for **June 23, 2025.**

Dated:    New York, New York
          March 18, 2025

_____
DENISE COTE
United States District Judge