```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ELIZABETH BENIQUEZ,                      :
                                         :
                           Plaintiff,    :     23cv7735 (DLC)
              -v-                        :
                                         :         ORDER
NEW YORK STATE UNIFIED COURT SYSTEM      :
and GERALD FILOMIO,                      :
                                         :
                           Defendants.   :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Order of March 18, 2025 set a deadline of June 6, 2025 for the Joint Pretrial Order and scheduled the trial in this case for June 23. Accordingly, it is hereby

ORDERED that a final pretrial conference shall be held on **June 18, 2025** at **2:30 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that counsel shall refer to the Order of March 18 and this Court's Individual Practices in Civil Cases regarding trial procedures and pretrial filings.

IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial.

1. All exhibits must be pre-marked, and to the extent possible, in digital format.

2. At the start of the trial each party will send the following to the Court's Chambers email inbox: Cotenysdchambers@nysd.uscourts.gov.:

      (a)    A complete exhibit list.

      (b)    A set of pre-marked exhibits assembled sequentially in a digital folder and labeled with exhibit numbers for ready reference.

      (c)    The exhibits should include copies of the sections of any depositions that are intended to be offered into evidence, expert reports, and any charts or summaries of evidence.

3. Counsel should be available every day at 9:00 a.m. (except for the first day of trial) in order to discuss with the Court any legal or evidentiary issues expected to arise during the day.

4. Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday. There will be a mid-morning, a mid-afternoon and a lunch break from 12:45 p.m. to 2 p.m.

5. There should be no sidebars during jury trials. Counsel are expected to anticipate any problems that might require a ruling from the Court and to raise those issues with the Court in advance of the time that the jury will be hearing the evidence.

6. If counsel intend to distribute copies of documentary exhibits to the jury, make a separate copy for each juror.

7. Counsel should make certain that they have custody of all original exhibits. The Court does not retain them and the Clerk is not responsible for them.

Dated:    New York, New York
            April 29, 2025

                                            _____
                                                DENISE COTE
                                     United States District Judge